1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7                  FOR THE EASTERN DISTRICT OF CALIFORNIA

8

9    JAMES L. CASITY, JR., on behalf   )
     of himself and all others         )      2:10-cv-02800-GEB-DAD
10   similarly situated,               )
                                       )
11                  Plaintiffs,        )      ORDER
                                       )
12            v.                       )
                                       )
13   CLEAR CONNECTION CORPORATION,     )
                                       )
14                  Defendant.         )
     _____ )

15

16            The parties' Joint Status Report ("JSR") filed February 24,

17   2011, reveals this case is not ready to be scheduled. (ECF No. 16.)

18   Although this is a putative class action, which was filed on October 15,

19   2010, Plaintiff does not address in the JSR when he will seek class

20   certification. Federal Rule of Civil Procedure 23(c)(1) prescribes the

21   Court "must determine by order whether to certify the action as a class

22   action" at "an early practicable time."

23            In light of the parties' JSR and the amount of time during

24   which this action has been pending, Plaintiff shall file a motion for

25   class certification on or before July 5, 2011. The motion shall be

26   noticed for hearing on the earliest available regularly scheduled law

27   and motion hearing date.

28

                                      1

1       Further, the Status (Pretrial Scheduling) Conference set for

2   March 14, 2011, is continued to October 17, 2011 commencing at 9:00 a.m.

3   A further joint status report shall be filed no later than fourteen (14)

4   days prior to the status conference.

5       IT IS SO ORDERED.

6   Dated:  March 7, 2011

7

8                                        _____
                                         GARLAND E. BURRELL, JR.
9                                        United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28